UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OSCAR EFREN GONZALEZ-ABAD | Crim. No. 21-763 (MAS)<br><br>**ORDER** |

This matter having come before the court for an initial appearance for a petition alleging the defendant's violation of supervised release; and the United States being represented by Philip R. Sellinger, United States Attorney for the District of New Jersey (Eric Suggs, Assistant United States Attorney, appearing) and the defendant being represented by Brian Reilly, Esq.; and the parties having agreed that all existing terms of supervised release imposed in the July 12, 2021 judgment of conviction shall remain in full force and effect; and for good cause shown:

IT IS, therefore, on this 20th day of January 2022,

ORDERED that the terms of the defendant's supervised release imposed in the July 12, 2021 judgment of conviction shall remain in full force and effect.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge